UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOUSSA DIARRA,

                Plaintiff,

       -against-

STATE OF NEW YORK, ET AL.,

               Defendants.

25cv8715 (LTS)

CIVIL JUDGMENT

For the reasons stated in the February 18, 2026, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    March 2, 2026
           New York, New York

                    /s/ Laura Taylor Swain
                     LAURA TAYLOR SWAIN
              Chief United States District Judge